NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OUI SAYTHANOM, DOC #R30209,   )
                                  )
        Appellant,           )
                                  )
v.                                 )      Case No. 2D18-3898
                                  )
STATE OF FLORIDA,           )
                                  )
        Appellee.            )
                                  )

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Oui Saythanom, pro se.

PER CURIAM.

        Affirmed.

CASANUEVA, KELLY, and BADALAMENTI, JJ., Concur.